Opinion filed January 4,
2013

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00282-CV

                                                    __________

 

                   IN THE
INTEREST OF T.M. AND C.M., CHILDREN



 

                                   On
Appeal from the 35th District Court

 

                                                           Brown
County, Texas

 

                                                 Trial
Court Cause No. DV0808185

 



            

                                            M
E M O R A N D U M    O P I N I O N

            Thomas
Wayne Womack and Mary Womack are the appellants in this appeal.  They have
filed an unopposed motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1).  In the
motion, appellants state that they “request to dismiss their cause of action at
this time.”  Therefore, in accordance with appellants’ request, we dismiss the
appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

 

                                                                                                PER
CURIAM

 

January 4, 2013

Panel consists of: Wright, C.J.,

McCall, J., and Willson, J.